Dismissed and Memorandum Opinion filed September 15, 2005









Dismissed and Memorandum Opinion filed September 15,
2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00210-CV

____________

 

SPEC'S FAMILY
PARTNERS, LTD, Appellant

 

V.

 

SPRING BRANCH
INDEPENDENT SCHOOL DISTRICT, ET AL., Appellees

 



 

On Appeal from the
189th District Court

 Harris County, Texas

Trial Court Cause No.  02‑16754A

 



 

M E M O R A N D U M   O P I N I O N

On September 7, 2005, the parties filed a joint motion to
dismiss the appeal in order to effectuate a compromise and settlement
agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed September 15, 2005.

Panel consists of Justices Fowler,
Edelman, and Guzman.